## ROBERT AKRIDGE et al, *Petitioners,*
*v.*
## CUPP et al, *Respondents.*
## (TC 91108, CA 8080, SC 25656)
### 587 P2d 461

Robert W. Donaldson, Salem, for the motion.

Catherine Allan, Assistant Attorney General, Salem, James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, contra.

PER CURIAM.

## PER CURIAM.

Petitioners in these habeas corpus proceedings, consolidated for appeal and review, now move this court for an order allowing attorney fees and costs incurred in the presentation of their petition for review. Today's decision in *Penrod v. Cupp* and *Brown v. Cupp,* 284 Or 417, 587 P2d 96 (1978), holds that there is no statutory basis for such an order by this court. The motion is denied.